## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                      Chapter 13

    Anthony and Denean Desantis                  Case No. <u>17-24686</u>

            Debtor(s).

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

    <u>Anthony and Denean Desantis</u>    (*Name of proponent of modification*) has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

    **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

    File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection.  File your written request at:

Clerk of Bankruptcy Court

517 E. Wisconsin Avenue

Room 126

Milwaukee, WI 53202-4581

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Attorney for Proponent | Lisa Lynn Ellmaurer |
| Firm Name | Geraci Law, LLC |
| Address, Suite # | 2505 N. Mayfair Road, Suite 101 |
| City, State, Zip | Wauwatosa, WI  53226 |

    If you, or your attorney, do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

| | |
|---|---|
| Lisa Lynn Ellmaurer<br>2505 N. Mayfair Road<br>Suite 101<br>Wauwatosa, WI<br>(312) 809-2983<br>(877) 247-1960 | Attorney Name<br>Street Address<br>Suite #<br>City, State, Zip<br>Phone No.<br>FAX No. |

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:
   - ● the Debtor;
   - ○ the Chapter 13 Trustee (post-confirmation modifications only);
   - ○ the holder of an unsecured claim (post-confirmation modifications only)
   Name: _____

2. This is a request to modify a Chapter 13 Plan  (Select A. or B.):

   ○ A. post-confirmation;

   ● B. pre-confirmation (Select i. or ii);

      ○ i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

      ● ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

      Get It Now
      Attn Bankruptcy Dept
      1230 W Sunset Drive
      Waukesha, WI 53189

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

   Surrender the household goods to Get It Now

4. The reason(s) for the modification is/are:

   Address the secured claim filed by Get It Now. The debtors no longer have possession of any of the goods purchased from Get It Now

5. Select A. or B.

   ○ A. The Chapter 13 Plan confirmed or modified on _____ is modified as follows:

   ● B. The unconfirmed Chapter 13 Plan dated  __5/11/2017__  is modified as follows:

   The debtors surrender the household goods to Get It Now.

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein.  In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

## CERTIFICATION

Complete one of the certifications below:

1.  I/We, _____ , the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

_____           _____
Debtor                                                                      Date

_____           _____
Debtor                                                                      Date

OR

2.  I  Lisa Lynn Ellmaurer  , attorney for debtor(s)   Anthony and Denean Desantis
_____ , certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

/s/ Lisa Lynn Ellmaurer                                     July 14, 2017
_____           _____
Counsel for the debtor(s)                                     Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated:  July 14, 2017                         Attorneys for  Geraci Law, LLC        FIRM NAME
_____

at City, State.                                  By:  Lisa Lynn Ellmaurer             ATTORNEY
Milwaukee, WI
_____           Bar No.  1092707

[ Print Form ]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

|  |  |  |
|---|---|---|
| | **Case No.:** | **17-24686** |
| | **Judge:** | **SVK** |
| | **Chapter:** | **Chapter 13** |

**In Re: Anthony M. Desantis**
      **Denean R. Desantis**

**CERTIFICATE OF SERVICE**

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Friday, July 14, 2017:

Anthony M. Desantis                         Get It Now
Denean R. Desantis                         Attn Bankruptcy Dept
316 S Sherman St                           1230 W Sunset Drive
Eagle, WI 53119                             Waukesha, WI 53189

      Additionally, the documents referenced above were also served via electronic means on the following individuals on Friday, July 14, 2017:

United States Trustee                    Scott Lieske
Eastern District of Wisconsin           Chapter 13 Trustee
517 E. Wisconsin Ave.                 P.O. Box 510920
Milwaukee, WI 53202               Milwaukee, WI 53203

Dated this Friday, July 14, 2017.

                          By:  */s/ Lisa Lynn Ellmaurer*
                                Lisa Lynn Ellmaurer
                                Attorney of the Debtor
                                Bar #: 1092707

Lisa Lynn Ellmaurer
Geraci Law LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 809-2983
Fax: (877) 247-1960
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service